UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR07-264-RSM |
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| LASHAYE MARIE PERKINS, | |
| Defendant. | |

An initial hearing on supervised release revocation in this case was scheduled before me on April 15, 2009. The United States was represented by AUSA Annette Hayes and the defendant by Jesse Cantor. The proceedings were digitally recorded.

Defendant had been sentenced on or about January 11, 2008 by the Honorable Ricardo S. Martinez on a charge of Bank Fraud, and sentenced to five months custody, five years supervised release. (Dkt. 198.)

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a drug dependency/substance abuse program, abstain from alcohol, submit to search, pay restitution in the amount of $15,406.04, provide access to

financial information, maintain a single checking account for all financial transactions, disclose any business interests, disclose all assets and liabilities, be prohibited from incurring new lines of credit or obligations, be prohibited from possessing false identification documents, and be subject to five months electronic home confinement.

In an application dated March 24, 2009 (Dkt. 262), U.S. Probation Officer Jonathan Ishii alleged the following violations of the conditions of supervised release:

1. Failing to comply with the home confinement program since October 10, 2008, in violation of the special condition requiring she participate in the home confinement program with electronic monitoring as directed by the probation officer for a period of five months.

2. Consuming marijuana on or about February 18, 2009; February 24, 2009; March 5, 2009; and March 13, 2009, in violation of the special condition to abstain from the use of intoxicants during the term of supervision.

3. Failing to report for drug testing on January 28, 2009; February 2, 2009; February 23, 2009; March 4, 2009; and March 12, 2009.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted alleged violations 1 and 2 and waived any evidentiary hearing as to whether they occurred. Defendant denied violation 3.

I therefore recommend the Court find defendant violated her supervised release as alleged in violation 1 and 2, that the Court conduct an evidentiary hearing on alleged violation 3, and that the Court conduct a hearing limited to the issue of disposition on violations 1 and 2. The next hearing will be set before Judge Martinez.

/ / /

01  Pending a final determination by the Court, defendant has been detained.

02  DATED this 15th day of April, 2009.

                                    _____
                                    Mary Alice Theiler
                                    United States Magistrate Judge


07  cc:   District Judge:        Honorable Ricardo S. Martinez
          AUSA:                  Annette Hayes, Vince Lombardi
          Defendant's attorney:  Jesse Cantor
08        Probation officer:     Jonathan Ishii

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3