# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LASHAYE MARIE PERKINS,<br><br>Defendant. | NO. CR07-264-RSM<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on February 10, 2012. The United States was represented by Assistant United States Attorneys Vincent Lombardi and the defendant by Jesse Cantor.

The defendant had been charged and convicted of Bank Fraud, in violation of 18 U.S.C. § 1344. On or about January 11, 2008, defendant was sentenced by the Honorable Ricardo S. Martinez, to a term of 5 months in custody, to be followed by 5 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental programs; financial disclosure; $15,406.04, submit to search, maintain single checking account for all income and expenses, surrender any requested business documents, obtain no

new credit or loans, and not possess any form of identification in any name other than the defendant's true name..

In a Petition for Warrant or Summons for Offender Under Supervision dated September 9, 2011, U.S. Probation Officer Andrew J. Lorenzen asserted the following violations by defendant of the conditions of her supervised release:

1. Failing to notify the probation officer at least ten days prior to any change in residence or employment, on or about September 8, 2011, in violation of standard condition number 6.
2. Failing to complete truthful and complete written monthly reports for the months of May, June, July, and August 2011, in violation of standard condition number 2.

The defendant was advised of her rights, acknowledged those rights, and admitted to violation 2. Defendant denied alleged violation 1, and requested that an evidentiary hearing be set on the same day as a disposition hearing before the Honorable Ricardo S. Martinez on the alleged violation.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violation 2 and that the Court conduct an evidentiary/disposition hearing on alleged violation 1. A disposition hearing on violation 2, and an evidentiary/disposition hearing on alleged violation 1, has been set for February 24, 2012 at 10:00 a.m. before the Honorable Ricardo S. Martinez.

Pending a final determination by the Court, the defendant has been detained.

DATED this 10th day of February, 2012.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Ricardo S. Martinez
AUSA: Vincent Lombardi
Defendant's attorney: Jessee Cantor
Probation officer: Andrew Lorenzen

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3